**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**UNITED STATES OF AMERICA**

vs.                                                                NO. 4:01CR00127-02 GTE

**HAROLD KEITH WHITLEY**

**ORDER AND JUDGMENT**

The above entitled cause came on for hearing on the Petition to Revoke Supervised Release filed by the Government on August 1, 2007.  The Defendant admitted the allegations contained in the Violation Memorandum were true during the hearing, therefore the Court finds that Defendant, Harold Keith Whitley, violated the conditions of his supervised release without just cause.

IT IS THEREFORE ORDERED AND ADJUDGED that the supervised release granted this Defendant, Harold Keith Whitley, on February 3, 2007, be, and it is hereby, **REVOKED**.

IT IS FURTHER ORDERED that the defendant serve a period of imprisonment of TWENTY-0NE (21) MONTHS in the custody of the Bureau of Prisons.  The Court recommends the defendant participate in residential substance abuse treatment and educational and vocational programs during incarceration. The Court recommends that the Defendant be designated to the Forrest City facility if possible.

A period of supervised release of TWO (2) YEARS is imposed to begin upon release from defendant's term of imprisonment.

During supervised release the defendant shall participate, under the guidance and supervision of the probation officer, in a substance abuse treatment program which may include testing, outpatient counseling, and/or residential treatment.  Further, the defendant shall abstain

from the use of alcohol throughout the course of treatment.

The Defendant is Ordered to report on September 10, 2007, by 2:00 p.m. to the designated facility or to the United States Marshal for this District.

IT IS SO ORDERED this 17th day of August, 2007.

                                                                   /s/ Garnett Thomas Eisele
                                                 UNITED STATES DISTRICT JUDGE